UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| DARRYL FRANKLIN, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 6:23-CV-1-CHB |
| v. | ) ) ) | |
| USP MCCREARY, | ) ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Darryl Franklin's petition, **[R. 1]**, is **DISMISSED** for lack of jurisdiction.

2. This matter is **STRICKEN** from the docket.

This the 24th day of February, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY