Darryl Franklin
Reg. No. 28126-034
USP MCCREARY
U.S. PENITENTIARY
P.O. BOX 3000
PINE KNOT, KY 42635

April 25, 2023

Mr. Robert R. Carr
Clerk of Court
U. S. District Court
Eastern District Court of Kentucky
Southern Division
310 South Main Street
London, KY 40741-1907

      RE:   *Franklin v. United States*
             Civil No. 6:23-cv-00001-CHB

Dear Mr. Carr:

      Enclosed please find and accept for timely filing Petitioner's Notice of Appeal and Application to Proceed in District Court Without Prepaying Fees or Costs. Please submit these documents to the Court.

                                  Sincerely,

                                  DARRYL FRANKLIN
                                  Appearing *Pro Se*

*Encl. as noted*