Name Darryl Franklin
Reg. No 20720-034  Unit 6-B
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN
25 APR 2023 PM 4 L

Mr. Robert R. Carr
Clerk of Court
U.S. District Court
Eastern District Court of Kentucky
Southern Division
310 South Main Street
London, Kentucky 40741-1907

40741-1S0710

Back of Envelope